Eastern District of Kentucky
**FILED**

SEP 2 6 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-063-CHB

**FREDERICK ENNIS** and
**DIONTAE ENNIS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 846

On or about a date in August 2024, the exact date unknown, and continuing through on or about September 11, 2024, in Pulaski County and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**FREDERICK ENNIS** and
**DIONTAE ENNIS**

did conspire together and with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

Before **FREDERICK ENNIS** committed the offense charged in this count, **FREDERICK ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute a mixture

or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before **DIONTAE ENNIS** committed the offense charged in this count, **DIONTAE ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), aiding and abetting in the possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about August 20, 2024, in Pulaski County, in the Eastern District of Kentucky,

**FREDERICK ENNIS and**
**DIONTAE ENNIS**

aided and abetted by each other, did knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **FREDERICK ENNIS** committed the offense charged in this count,

**FREDERICK ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before **DIONTAE ENNIS** committed the offense charged in this count, **DIONTAE ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), aiding and abetting in the possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. violation of 21 U.S.C. § 841(a)(1).

### COUNT 3
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about September 11, 2024, in Pulaski County, in the Eastern District of Kentucky,

**FREDERICK ENNIS and**
**DIONTAE ENNIS**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **FREDERICK ENNIS** committed the offense charged in this count, **FREDERICK ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before **DIONTAE ENNIS** committed the offense charged in this count, **DIONTAE ENNIS** had a final conviction for a serious drug felony, namely, a conviction under 21 U.S.C. § 841(a)(1), aiding and abetting in the possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████

**FOREPERSON**

_(signed)_
_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Serious Drug Felony Conviction or Serious Violent Felony:**
> Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.